UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 15, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN ALLEN THOMAS

    Defendant.

Case No. 2:22-mj-00023-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHAWN ALLEN THOMAS</u> Case No. <u>2:22-mj-00023-KJN</u> Charges <u>21 USC § 846</u> from custody for the following reasons:

    <u>  X  </u>    Release on Personal Recognizance

    <u>      </u>    Bail Posted in the Sum of $<u>          </u>

              <u>      </u>    Unsecured Appearance Bond $<u>         </u>

              <u>      </u>    Appearance Bond with 10% Deposit

              <u>      </u>    Appearance Bond with Surety as stated on the record in open court.

              <u>      </u>    Corporate Surety Bail Bond

              <u>      </u>    (Other):

Issued at Sacramento, California on at 2:20 PM on February 15, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE